IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TAKEDA PHARMACEUTICALS USA, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> SPIRIDON SPIREAS, <br><br> Defendant. | CIVIL ACTION <br> NO. 17-0452 |

# **ORDER**

**AND NOW**, this 3rd day of September 2019, upon consideration of Defendant Spiridon Spireas' Motion for Summary Judgment (Doc. No. 60), Defendant Spiridon Spireas, Ph.D.'s Motion for Summary Judgment on Plaintiff's Money Had and Received Claim Based on Alleged False Pretenses (Doc. No. 61), Plaintiff Mutual Pharmaceutical Company, Inc.'s Omnibus Opposition to Defendant's Motions for Summary Judgment (Doc. No. 64), Defendant's Reply Briefs in support of the Motions for Summary Judgment (Doc. Nos. 68, 69), Defendant's Supplemental Brief in Support of his Motions for Summary Judgment (Doc. No. 76), Plaintiff's Supplemental Brief in Further Support of its Omnibus Opposition to Defendant's Motions for Summary Judgment (Doc. No. 77), the arguments made by counsel for the parties at the hearing on the Motions for Summary Judgment held on July 2, 2019, and in accordance with the Opinion issued by the Court on this day, it is **ORDERED** that:

1. Defendant's Motion for Summary Judgment (Doc. No. 60) is **DENIED**.

2. Defendant's Motion for Summary Judgment on Plaintiff's Money Had and Received Claim Based on Alleged False Pretenses (Doc. No. 61) is **DENIED**.

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.